UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CAMERON POPE and<br>TERRELL HUNT, individually<br>and on behalf of similarly<br>situated persons, | Case No. 2:22-cv-10922<br><br>Hon. George Caram Steeh<br>Magistrate Judge Elizabeth<br>    A. Stafford |
|       Plaintiffs,<br>v.<br><br>BELLE TIRE DISTRIBUTORS, INC.,<br><br>      Defendant. | *Related Case*:<br>*Richard Schmitt v. Belle Tire*<br>*Distributors, Inc.*<br>*U.S. District Court, ED of MI*<br>*Case No. 2:20-cv-13151*<br>*Hon. George Caram Steeh* |

_____

**STIPULATED ORDER FOR
APPROVAL OF SETTLEMENT AGREEMENT**

    WHEREAS, Plaintiffs filed this action against Defendants alleging claims of failure to pay the minimum wage and failure to pay overtime in violation of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq*.

    WHEREAS, Defendants deny the allegations in the Complaint and any other alleged violations of law.

    WHEREAS, the Parties have met and conferred and have agreed to waive any formal hearing on the approval.

WHEREAS, the Plaintiff Hunt and Defendant have agreed upon a settlement amount and the material settlement terms and have executed a Settlement Agreement and Release.

WHEREAS, the Parties contend that judicial approval of the Parties' Settlement Agreement and Release is necessary in order for it to be enforceable, in particular with regard to the settlement and release of Plaintiffs' FLSA claims. *See Lynn's Food Stores v. U.S.*, 679 F.2d 1350 (11th Cir. 1982); *see also Robinson v. Sheppard Performance Grp., Inc.*, No. 19-12228, 2020 WL 619603 (E.D. Mich. Feb. 10, 2020); *Walker v. Ryan Transportation, Inc.*, No. 20-11688, 2021 WL 2786547 (E.D. Mich. June 15, 2021).

WHEREAS, the Parties have submitted the Settlement Agreement and Release to the Court for the Court's *in camera* review and approval.

WHEREAS, the Parties' Settlement Agreement and Release represents a reasonable compromise of Plaintiff Hunt's claims, which the Parties recognize would otherwise require extensive litigation to determine. The Settlement Agreement and Release was negotiated on behalf of the Parties by counsel experienced in employment claims, including under the FLSA. Both the Parties and their respective counsel agree that the Settlement Agreement and Release, as submitted, is in the best interest of all Parties. Further, the Settlement Agreement

and Release fairly and reasonably comprises each Party's interests, benefits and rights. *See Lynn's Food*, 679 F.2d at 1354; *Robinson*, at *2; *Walker*, at *1-2.

WHEREAS, the Court, after having conducted an *in camera* review of the Settlement Agreement and Release and being satisfied that it is a fair and reasonable settlement of Plaintiff Hunt's claims, and the Court being otherwise fully advised in the premises.

IT IS HEREBY ORDERED that the Settlement Agreement and Release be and is approved, as submitted.

IT IS SO ORDERED.

Dated: September 29, 2022  　　　　　　　　　　s/George Caram Steeh
　　　　　　　　　　　　　　　　　　　　　　　Hon. George Caram Steeh
　　　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge

Approved as to form and substance:

| /s/ David M. Blanchard | /s/ with consent of Matthew E. Radler |
|---|---|
| BLANCHARD & WALKER, PLLC | HONIGMAN LLP |
| David M. Blanchard (P67190) | Matthew S. Disbrow (P65378) |
| Frances J. Hollander (P82180) | Matthew E. Radler (P8060) |
| 221 N. Main St., Ste. 300 | Michael J. Dauphinais (P84158) |
| Ann Arbor, MI 48104 | 660 Woodward Ave., Ste. 2290 |
| (734) 929-4313 | (313) 465-7000 |
| blanchard@bwlawonline.com | mdisbrow@honigman.com |
| hollander@bwlawonline.com | mradler@honigman.com |
| *Attorneys for Plaintiff* | mdaupinais@honigman.com |
| | *Attorneys for Defendant Auto-Wares, LLC* |

Dated: September 28, 2022

3