UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CAMERON POPE and<br>TERRELL HUNT, individually<br>and on behalf of similarly<br>situated persons, | Case No. 2:22-cv-10922<br><br>Hon. George Caram Steeh |
| Plaintiffs,<br>v.<br><br>BELLE TIRE DISTRIBUTORS, INC.,<br><br>Defendant. | *Related Case*:<br>*Richard Schmitt v. Belle Tire Distributors, Inc.*<br>U.S. District Court, ED of MI<br>Case No. 2:20-cv-13151<br>Hon. George Carma Steeh |

_____

**STIPULATED ORDER TO DISMISS**

NOW COME Plaintiff Cameron Pope and Defendant Belle Tire Distributors, Inc., by and through their respective counsel. Plaintiff Pope and Defendant Belle Tire Distributors, Inc., have reported to this Court that they resolved this matter. Upon consideration of the parties' stipulation, the Court hereby orders as follows:

IT IS ORDERED that Plaintiff Pope's individual Complaint and all causes of action contained within Plaintiff Pope's individual Complaint are dismissed with prejudice and without costs and/or attorney fees assessed against any party.

IT IS SO ORDERED.

Dated:  September 29, 2022             s/George Caram Steeh
                                                              GEORGE CARAM STEEH
                                                              United States District Judge

The parties to this action, by their respective attorneys, hereby stipulate to entry of the above order.

| | |
|---|---|
| BLANCHARD & WALKER, PLLC<br>Counsel for Plaintiffs | HONIGMAN LLP<br>Counsel for Belle Tire Distributors, Inc. |
| By: /s/ David M. Blanchard<br>David M. Blanchard (P67190)<br>Frances J. Hollander (P82180)<br>221 N. Main Street, Suite 300<br>Ann Arbor, MI 48104<br>(734) 929-4313<br>blanchard@bwlawonline.com<br>hollander@bwlawonline.com | By: /s/ with consent of Matthew E. Radler<br>Matthew S. Disbrow (P65378)<br>Matthew E. Radler (P80609)<br>660 Woodward Avenue, Suite 2290<br>Detroit, Michigan 48226<br>Tel: (313) 465-7372<br>Fax: (313) 465-7373<br>mdisbrow@honigman.com<br>mradler@honigman.com |

Dated:  September 28, 2022